UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JAQUEZ SHAKIM ROLAND,

      Petitioner,

vs.                                   Case No.   6:18-CV-790-J-32JBT

SECRETARY, **FLORIDA** DEPARTMENT
OF CORRECTIONS, et al.,

      Respondents.
_____/

NOTICE OF FILING APPENDIX

      Respondents, Secretary Department of Corrections, by and through the undersigned counsel, pursuant to rule 3.01, Rules of the United States District Court of the Middle District of Florida, hereby give notice of filing Respondent's Appendix in the above-styled case.

      Respectfully submitted,

      ASHLEY MOODY
      ATTORNEY GENERAL

      /s/ Allison L. Morris
      ALLISON L. MORRIS
      ASSISTANT ATTORNEY GENERAL
      Florida Bar No. 0931160
      OFFICE OF THE ATTORNEY GENERAL
      444 Seabreeze Blvd., Suite 500
      Daytona Beach, Florida 32118
      Telephone: (386)238-4990
      Facsimile: (386)238-4997
      Allison.morris@myfloridalegal.com
      crimappdab@myfloridalegal.com

CERTIFICATE OF SERVICE

I CERTIFY that on January 22, 2019, I electronically filed this Notice of Filing of Appendix, and Appendix with the Clerk of Court using the CM/ECF system. I further certify that a true and correct copy of Respondent's Notice of Filing of Appendix, Appendix, and the notice of electronic filing has been provided via US Mail to Jaquez Shakim Roland, DC#L03988, Cross City Correctional Institution, 568 NE 255th Street, Cross City, FL 32628.

/s/ Allison L. Morris
ALLISON L. MORRIS
Assistant Attorney General